UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ZACHARY TRINGALI,<br><br>Defendant. | Case No. 22-cr- 42-SM-1<br><br>RECEIPT AND POSSESSION OF AN UNREGISTERED FIREARM (DESTRUCTIVE DEVICE)<br>26 U.S.C. § 5861(d) |

INDICTMENT

The Grand Jury charges:

COUNT ONE
26 U.S.C. § 5861(d) – Receipt and Possession of an Unregistered Firearm (Destructive Device)

On or about August 6, 2021, in the District of New Hampshire, the defendant, ZACHARY TRINGALI, did knowingly receive and possess a firearm, namely, an incendiary device composed of a Smirnoff Ice bottle containing a flammable liquid and a white cloth wick, commonly known as a Molotov cocktail, which was a destructive device, as defined in 26 U.S.C. §§ 5845(a)(8), (f)(1), and (f)(3), and which was not registered to him in the National Firearms Registration and Transfer Record, in violation of Title 26, United States Code, Section 5861(d).

COUNT TWO
26 U.S.C. § 5861(d) – Receipt and Possession of an Unregistered Firearm (Destructive Device)

On or about August 6, 2021, in the District of New Hampshire, the defendant, ZACHARY TRINGALI, did knowingly receive and possess a firearm, namely, an incendiary device composed of a Jack Daniels Down Home Punch bottle containing a flammable liquid and a green cloth wick, commonly known as a Molotov cocktail, which was a destructive device, as defined in 26 U.S.C. §§ 5845(a)(8), (f)(1), and (f)(3), and which was not registered to him in the National Firearms Registration and Transfer Record, in violation of Title 26, United States Code, Section 5861(d).

COUNT THREE

26 U.S.C. § 5861(d) – Receipt and Possession of an Unregistered Firearm (Destructive Device)

On or about August 6, 2021, in the District of New Hampshire, the defendant, ZACHARY TRINGALI, did knowingly receive and possess a firearm, namely, an incendiary device composed of a Jack Daniels Down Home Punch bottle containing a flammable liquid and a green cloth wick, commonly known as a Molotov cocktail, which is a destructive device, as defined pursuant to 26 U.S.C. §§ 5845(a)(8), (f)(1), and (f)(3), and which was not registered to him in the National Firearms Registration and Transfer Record, in violation of Title 26 United States Code, Section 5861(d).

COUNT FOUR

26 U.S.C. § 5861(d) – Receipt and Possession of an Unregistered Firearm (Destructive Device)

On or about August 6, 2021, in the District of New Hampshire, the defendant, ZACHARY TRINGALI, did knowingly receive and possess a firearm, namely, an incendiary device composed of a Jack Daniels Down Home Punch bottle containing a flammable liquid and a green cloth wick, commonly known as a Molotov cocktail, which was a destructive device, as defined in 26 U.S.C. §§ 5845(a)(8), (f)(1), and (f)(3), and which was not registered to him in the National Firearms Registration and Transfer Record, in violation of Title 26, United States Code, Section 5861(d).

COUNT FIVE

26 U.S.C. § 5861(d) – Receipt and Possession of an Unregistered Firearm (Destructive Device)

On or about August 6, 2021, in the District of New Hampshire, the defendant, ZACHARY TRINGALI, did knowingly receive and possess a firearm, namely, an incendiary device composed of a Harpoon IPA bottle containing a flammable liquid and a white cloth wick, commonly known as a Molotov cocktail, which was a destructive device, as defined in 26 U.S.C. §§ 5845(a)(8), (f)(1), and (f)(3), and which was not registered to him in the National Firearms Registration and Transfer Record, in violation of Title 26, United States Code, Section 5861(d).

COUNT SIX

26 U.S.C. § 5861(d) – Receipt and Possession of an Unregistered Firearm (Destructive Device)

On or about August 6, 2021, in the District of New Hampshire, the defendant, ZACHARY TRINGALI, did knowingly receive and possess a firearm, namely, an incendiary device composed of a Harpoon IPA bottle containing a flammable liquid and a white cloth wick, commonly known as a Molotov cocktail, which was a destructive device, as defined in 26 U.S.C. §§ 5845(a)(8), (f)(1), and (f)(3), and which was not registered to him in the National Firearms Registration and Transfer Record, in violation of Title 26, United States Code, Section 5861(d).

COUNT SEVEN

26 U.S.C. § 5861(d) – Receipt and Possession of an Unregistered Firearm (Destructive Device)

On or about August 6, 2021, in the District of New Hampshire, the defendant, ZACHARY TRINGALI, did knowingly receive and possess a firearm, namely, an incendiary device composed of a Samuel Adams bottle containing a flammable liquid and a green cloth wick, commonly known as a Molotov cocktail, which was a destructive device, as defined in 26 U.S.C. §§ 5845(a)(8), (f)(1), and (f)(3), and which was not registered to him in the National Firearms Registration and Transfer Record, in violation of Title 26, United States Code, Section 5861(d).

COUNT EIGHT

26 U.S.C. § 5861(d) – Receipt and Possession of an Unregistered Firearm (Destructive Device)

On or about August 6, 2021, in the District of New Hampshire, the defendant, ZACHARY TRINGALI, did knowingly receive and possess a firearm, namely, an incendiary device composed of a Samuel Adams bottle containing a flammable liquid and a green cloth wick, commonly known as a Molotov cocktail, which was a destructive device, as defined in 26 U.S.C. §§ 5845(a)(8), (f)(1), and (f)(3), and which was not registered to him in the National Firearms Registration and Transfer Record, in violation of Title 26, United States Code, Section 5861(d).

COUNT NINE

26 U.S.C. § 5861(d) – Receipt and Possession of an Unregistered Firearm (Destructive Device)

On or about August 6, 2021, in the District of New Hampshire, the defendant, ZACHARY TRINGALI, did knowingly receive and possess a firearm, namely, an incendiary device composed of a Samuel Adams bottle containing a flammable liquid and a green cloth wick, commonly known as a Molotov cocktail, which was a destructive device, as defined pursuant to 26 U.S.C. §§ 5845(a)(8), (f)(1), and (f)(3), and which was not registered to him in the National Firearms Registration and Transfer Record, in violation of Title 26, United States Code, Section 5861(d).

COUNT TEN

26 U.S.C. § 5861(d) – Receipt and Possession of an Unregistered Firearm (Destructive Device)

On or about August 6, 2021, in the District of New Hampshire, the defendant, ZACHARY TRINGALI, did knowingly receive and possess a firearm, namely, an incendiary device composed of a Samuel Adams bottle containing a flammable liquid and  a white cloth wick, commonly known as a Molotov cocktail, which was a destructive device, as defined pursuant to 26 U.S.C. §§ 5845(a)(8), (f)(1), and (f)(3), and which was not registered to him in the National Firearms Registration and Transfer Record, in violation of Title 26, United States Code, Section 5861(d).

COUNT ELEVEN

26 U.S.C. § 5861(d) – Receipt and Possession of an Unregistered Firearm (Destructive Device)

On or about August 6, 2021, in the District of New Hampshire, the defendant, ZACHARY TRINGALI, did knowingly receive and possess a firearm, namely, an incendiary device composed of a Samuel Adams bottle containing a flammable liquid and a white cloth wick, commonly known as a Molotov cocktail, which was a destructive device, as defined pursuant to 26 U.S.C. §§ 5845(a)(8), (f)(1), and (f)(3), and which was not registered to him in the National Firearms Registration and Transfer Record, in violation of Title 26 United States Code, Section 5861(d).

## COUNT TWELVE
26 U.S.C. § 5861(d) – Receipt and Possession of an Unregistered Firearm (Destructive Device)

On or about August 6, 2021, in the District of New Hampshire, the defendant, ZACHARY TRINGALI, did knowingly receive and possess a firearm, namely, an incendiary device composed of a Lagunitas IPA bottle containing a flammable liquid and a green cloth wick, commonly known as a Molotov cocktail, which was a destructive device, as defined in 26 U.S.C. §§ 5845(a)(8), (f)(1), and (f)(3), and which was not registered to him in the National Firearms Registration and Transfer Record, in violation of Title 26 United States Code, Section 5861(d).

A TRUE BILL

Date:  April 11, 2022

/s/ Foreperson
Foreperson

JOHN J. FARLEY
United States Attorney

By:  /s/ Jarad E. Hodes
Jarad E. Hodes
Assistant United States Attorney