UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Cr. No. 1:22-cr- 42-SM-1 |
| ) | |
| ZACHARY TRINGALI ) | |

## PRAECIPE FOR WARRANT

The Clerk of said Court will issue a warrant, an Indictment against the above-named defendant having been filed in the above-entitled case on the 11th day of April, 2022.

This 11th day of April, 2022.

JOHN J. FARLEY
United States Attorney

By: /s/ Jarad E. Hodes
    Jarad E. Hodes
    Assistant U.S. Attorney

WARRANT ISSUED: _____