# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW HAMPSHIRE

UNITED STATES OF AMERICA

v.

ZACHARY TRINGALI,

    Defendant.

Case No. 22cr0042-SM

## MOTION TO UNSEAL

In the above captioned case, the United States of America respectfully moves to unseal the entire matter because the defendant has been arrested.

Respectfully submitted,

JOHN J. FARLEY
United States Attorney

Dated: April 18, 2022

By: /s/ Jarad E. Hodes
Jarad E. Hodes
Assistant United States Attorney
United States Attorney's Office
53 Pleasant Street, 4th Floor
Concord, NH 03301
(603) 225-1552

Motion:      ☐ Granted     ☐ Denied

Andrea K. Johnstone
United States Magistrate Judge
Dated: